**[PROPOSED] ORDER**

Pursuant to the parties' stipulation, and good cause appearing, the parties' proposed briefing schedule is hereby ADOPTED as the ORDER of the Court. Respondents shall file their return on or before January 16, 2026. Petitioner shall file her traverse on or before January 30, 2026.

IT IS SO ORDERED.

DATED: December 29, 2025

The Honorable Richard Seeborg
United States District Judge